Argued December 16, affirmed December 16, 1970, petition
for review denied January 19, 1971

STATE OF OREGON, *Respondent, v.*
GARRETTE CANER WOLFE, *Appellant.*
477 P2d 906

*John G. Meyer,* Eugene, argued the cause and
filed the brief for appellant.

*J. Bradford Shiley,* Special Assistant to the At-
torney General, Salem, argued the cause for re-
spondent. With him on the brief were Lee Johnson,
Attorney General, and Jacob B. Tanzer, Solicitor
General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY,
BRANCHFIELD and HOLMAN, Judges.

MEMORANDUM DECISION

This appeal presented no unusual or difficult ques-
tions. Having previously studied the briefs, im-
mediately upon conclusion of argument, and after
briefly stating to counsel our reasons, we ruled from
the bench. Setting forth those reasons in a detailed
opinion would add nothing of value to the existing
body of judicial precedent. Our ruling was:

Affirmed.